# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> IAN A. BUCHANAN, <br><br> Defendant. | PO-21-05205-GF-JTJ <br><br> VIOLATION: <br> E1102485 <br> Location Code: M13 <br><br> **ORDER** |

Upon unopposed motion of the United States and for good cause shown, **IT IS ORDERED** that the initial appearance in this case currently scheduled for December 9, 2021 is **VACATED and RESCHEDULED** for 9:00 a.m. on February 10, 2022, at the Missouri River Courthouse in Great Falls, Montana.

DATED this 2nd day of December, 2021.

_____
John Johnston
United States Magistrate Judge