# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. IAN A. BUCHANAN, Defendant. | PO-21-5205-GF-JTJ <br><br> VIOLATION: E1102485 <br> Location Code: M13 <br><br> ORDER |

Based upon the United States' motion to accept the defendant's payment of a $65 fine and $30 processing fee for violation E1102485 (for a total of $95), and for good cause shown, **IT IS ORDERED** that the $95 fine paid by the defendant is accepted as a full adjudication of violation E1102485.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for February 10, 2022, is **VACATED.**

DATED this 31st day of January, 2022.

_____
John Johnston
United States Magistrate Judge